**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| STRUCTURLAM MASS TIMBER U.S., INC., *et al.*, | Case No. 23-10497 (CTG) |
| Debtors. | (Jointly Administered) |
| HEATHER L. BARLOW AS LIQUIDATING TRUSTEE OF THE STRUCTURLAM LIQUIDATING TRUST, | Adversary No. 25-51040 (CTG) |
| Plaintiff, | |
| v. | |
| BRIAN HOOPER, CINDI MARSIGLIO, AND CHRISTINE ALLEN, | |
| Defendants. | |

**REVISED ORDER APPROVING STIPULATION**
**FOR FURTHER EXTENSION OF TIME**

Upon consideration of the *Certification of Counsel Regarding Order Approving Stipulation for Further Extension of Time*, it is hereby:

**ORDERED** that the Stipulation attached here as **Exhibit A** is approved; and it is further

**ORDERED** that the time within which the Defendants must answer or otherwise respond to the Complaint in the above-captioned adversary proceeding is extended through and including September 17, 2025; and it is further

33531528

**ORDERED** that if the Defendants move to dismiss (the "Motion to Dismiss") the Complaint, the Plaintiff's opposition to the Motion to Dismiss shall be due on November 17, 2025; and it is further

**ORDERED** that if the Plaintiff opposes the Motion to Dismiss, the Defendants' reply in support of the Motion to Dismiss shall be due on December 17, 2025.

**Dated: September 8th, 2025**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

33531528

2