**Exhibit A**

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>STRUCTURLAM MASS TIMBER U.S., INC., *et al.*,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 23-10497 (CTG)<br><br>(Jointly Administered) |
| HEATHER L. BARLOW AS LIQUIDATING TRUSTEE OF THE STRUCTURLAM LIQUIDATING TRUST,<br><br>                    Plaintiff,<br><br>        v.<br><br>BRIAN HOOPER, CINDI MARSIGLIO, AND CHRISTINE ALLEN,<br><br>                    Defendants. | ADVERSARY NO. 25-51040 (CTG) |

### STIPULATION FURTHER EXTENDING TIME TO RESPOND TO COMPLAINT

Plaintiff Heather L. Barlow as Liquidating Trustee of the Structurlam Liquidating Trust (the "Plaintiff") and Defendants Brian Hooper, Cindi Marsiglio, and Christine Allen (the "Defendants," and, together with Plaintiff, the "Parties") jointly submit this stipulation to extend the time for Defendants to answer or otherwise respond to Plaintiff's complaint in the above-captioned adversary proceeding, and in support thereof states as follows:

**WHEREAS**, on June 24, 2025, Plaintiff filed a complaint in the above-captioned adversary matter (the "*Barlow* Action") against Defendants for alleged breach of fiduciary duty and tortious interference with contract [Adv. Docket No. 2] (the "Complaint");

33531528

**WHEREAS**, the *Barlow* Action is an adversary proceeding within the bankruptcy action captioned *In re Structurlam Mass Timber U.S., Inc.*, No. 23-10497 (Bankr. D. Del.) (the "*Structurlam* Action");

**WHEREAS**, on July 7, 2025, the Court issued an Order setting a pretrial conference in the *Barlow* Action for August 1, 2025 [Adv. Docket No. 23];

**WHEREAS**, on July 30, 2025, upon request of the Parties, the Court extended the time for Defendants to answer or otherwise respond to Plaintiff's complaint [Adv. Docket No. 26]

**WHEREAS**, Defendants intend to file a motion to dismiss the Complaint (the "Motion to Dismiss");

**WHEREAS**, the Parties have met and conferred and respectfully submit that the interests of judicial efficiency would be best served by modifying the briefing schedule for Defendants' Motion to Dismiss;

**WHEREAS**, the Parties have one prior requests to extend or modify the schedule for Defendants' response to the Complaint;

**WHEREAS**, this stipulation is not a waiver of any of the Parties' rights, remedies, claims, or defenses.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by the Parties, through their undersigned counsel, and subject to the approval of the Court, that:

1. Defendants' Motion to Dismiss shall be due on September 17, 2025.

2. Plaintiff's opposition to the Motion to Dismiss shall be due on November 17, 2025.

3. Defendants' reply in support of the Motion to Dismiss shall be due December 17, 2025.

33531528

Dated:  September 5, 2025

**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**

By: */s/ Leslie B. Spoltore*
Leslie B. Spoltore (No. 3605)
123 South Justison Street, Suite 100
Wilmington, DE 19801
Telephone: (302) 238-6947
leslie.spoltore@obermayer.com

Edmond M. George (admitted *pro hac vice)*
Michael D. Vagnoni (admitted *pro hac vice)*
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Telephone: (215) 665-3000
edmond.george@obermayer.com
michael.vagnoni@obermayer.com

**GILBERT LLP**

Kami E. Quinn *(*admitted *pro hac vice)*
Daniel I. Wolf *(*admitted *pro hac vice)*
Sonia W. Murphy *(*admitted *pro hac vice)*
Charlie Cooper *(*admitted *pro hac vice)*
Brandon Levey *(*admitted *pro hac vice)*
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
Telephone: (202) 772-1940
Facsimile: (202) 772-3333
quinnk@gilbertlegal.com
wolfd@gilbertlegal.com
murphys@gilbertlegal.com
cooperc@gilbertlegal.com
leveyb@gilbertlegal.com

*Attorneys for Plaintiff Heather L. Barlow as Liquidating Trustee of the Structurlam Liquidating Trust*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

By:  */s/ Christopher M. Lambe*
Michael R. Nestor (No. 3526)
Elena C. Norman No. 4780)
Christopher M. Lambe (No. 6846)
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
mnestor@ycst.com
enorman@ycst.com
clambe@ycst.com

**LATHAM & WATKINS LLP**

Sean M. Berkowitz (admitted *pro hac vice*)
Nicholas J. Siciliano (admitted *pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
sean.berkowitz@lw.com
nicholas.siciliano@lw.com

Whitney B. Weber (admitted *pro hac vice*)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
whitney.weber@lw.com

*Attorneys for Defendants Brian Hooper, Cindi Marsiglio, and Christine Allen*

33531528

3