# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>STRUCTURLAM MASS TIMBER U.S., INC., *et al.*,<br><br>              Debtors. | Chapter 11<br><br>Case No. 23-10497 (CTG)<br><br>(Jointly Administered) |
| HEATHER L. BARLOW AS LIQUIDATING TRUSTEE OF THE STRUCTURLAM LIQUIDATING TRUST,<br><br>              Plaintiff,<br><br>     v.<br><br>BRIAN HOOPER, CINDI MARSIGLIO, AND CHRISTINE ALLEN,<br><br>              Defendants. | Adversary No. 25-51040 (CTG) |

## **DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Brian Hooper, Cindi Marsiglio, and Christine Allen ("Defendants"), by and through their undersigned counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, made applicable to these adversary proceedings pursuant to Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, hereby move for an order dismissing the Complaint [Adv. D.I. 1] filed by Plaintiff Heather L. Barlow as Liquidating Trustee of the Structurlam Liquidating Trust ("Plaintiff") in the above-captioned adversary proceedings because the Complaint fails to state a claim upon which relief can be granted.

In support, Defendants rely upon and incorporate their contemporaneously filed *Opening Brief in Support of Motion to Dismiss Plaintiff's Complaint* (the "Opening Brief").

Pursuant to Local Rule 7012-1, Defendants hereby consent to the entry of final orders or judgments by the Court if it is determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

WHEREFORE, for all the reasons set forth in the Opening Brief, Defendants respectfully request that this Court enter an order, substantially in the form attached hereto, that dismisses all claims in Plaintiff's Complaint against Defendants, with prejudice, and grants Defendants such additional and further relief as the Court may deem just and proper.

| | |
|---|---|
| OF COUNSEL:<br><br>**LATHAM & WATKINS LLP**<br><br>Sean M. Berkowitz (*pro hac vice*)<br>Nicholas J. Siciliano (*pro hac vice*)<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>Telephone: (312) 876-7700<br>sean.berkowitz@lw.com<br>nicholas.siciliano@lw.com<br><br>Whitney B. Weber (*pro hac vice*)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: (415) 391-0600<br>whitney.weber@lw.com<br><br>Dated:  September 17, 2025 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>By: */s/ Michael R. Nestor*<br>Michael R. Nestor (No. 3526)<br>Elena C. Norman (No. 4780)<br>Christopher M. Lambe (No. 6846)<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>mnestor@ycst.com<br>enorman@ycst.com<br>clambe@ycst.com<br><br>*Attorneys for Defendants Brian Hooper, Cindi Marsiglio, and Christine Allen* |