**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>STRUCTURLAM MASS TIMBER U.S., INC., *et al.*,<br><br>               Debtors. | Chapter 11<br><br>Case No. 23-10497 (CTG)<br><br>(Jointly Administered) |
| HEATHER L. BARLOW AS LIQUIDATING TRUSTEE OF THE STRUCTURLAM LIQUIDATING TRUST,<br><br>               Plaintiff,<br><br>    v.<br><br>BRIAN HOOPER, CINDI MARSIGLIO, AND CHRISTINE ALLEN,<br><br>               Defendants. | Adversary No. 25-51040 (CTG) |

**DECLARATION OF WHITNEY B. WEBER IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

I, Whitney B. Weber, hereby declare as follows:

1.   I am a partner at the law firm of Latham & Watkins, LLP, counsel to Defendants Brian Hooper, Cindi Marsiglio, and Christine Allen ("Defendants"), in the above-captioned action. I submit this declaration in support of Defendants' Motion to Dismiss Plaintiff's Complaint. I have personal knowledge of the facts stated in this declaration, and I could competently testify to these matters if called as a witness.

2.   Attached hereto as **Exhibit 1** is a true and correct copy of the Certificate of Incorporation of Structurlam Mass Timber U.S., Inc., filed with the Delaware Department of State on August 28, 2019.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on September 17, 2025

*/s/ Whitney B. Weber*
Whitney B. Weber

# EXHIBIT 1

# Delaware

Page 1

### The First State

I, CHARUNI PATIBANDA-SANCHEZ, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF INCORPORATION OF "STRUCTURLAM MASS TIMBER U.S., INC.", FILED IN THIS OFFICE ON THE TWENTY-EIGHTH DAY OF AUGUST, A.D. 2019, AT 12:38 O`CLOCK P.M.



Charuni Patibanda-Sanchez, Secretary of State



7581391  8100  
SR# 20253915108

Authentication: 204692499  
Date: 09-09-25

You may verify this certificate online at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered 12:38 PM 08/28/2019
FILED 12:38 PM 08/28/2019
SR 20196760603 - File Number 7581391

# CERTIFICATE OF INCORPORATION

# OF

# STRUCTURLAM MASS TIMBER U.S., INC.

## ARTICLE 1

The name of the Corporation is Structurlam Mass Timber U.S., Inc. (the "Corporation").

## ARTICLE 2

The address of the Corporation's registered office in the State of Delaware is 1209 Orange Street, in the City of Wilmington, 19801, County of New Castle. The name of its registered agent at such address is The Corporation Trust Company.

## ARTICLE 3

The nature of the business of the Corporation and the objects or purposes to be transacted, promoted or carried on by it are as follows: To engage in any lawful act or activity for which corporations may be organized under the General Corporation Law of the State of Delaware.

## ARTICLE 4

The total number of shares of all classes of stock that the Corporation is authorized to issue is one thousand (1,000) shares of Common Stock with a par value of $0.0001 per share.

## ARTICLE 5

The Board of Directors is expressly authorized to adopt, amend and repeal the Bylaws of the Corporation.

## ARTICLE 6

Elections of directors need not be by written ballot unless the Bylaws of the Corporation shall so provide.

## ARTICLE 7

The Corporation reserves the right to amend, alter, change or repeal any provision contained in this Certificate of Incorporation, in the manner now or hereafter prescribed by statute, and all rights conferred upon stockholders herein are granted subject to this reservation.

## ARTICLE 8

To the fullest extent permitted by Delaware statutory or decisional law, as amended or interpreted, no director of this Corporation shall be personally liable to the Corporation or its

2

stockholders for monetary damages for breach of fiduciary duty as a director. No amendment to, or modification or repeal of, this Article 8 shall adversely affect any right or protection of a director of the Corporation existing hereunder with respect to any act or omission occurring prior to such amendment, modification or repeal. This Article 8 does not affect the availability of equitable remedies for breach of fiduciary duties.

## ARTICLE 9

The name and mailing address of the sole incorporator is as follows:

| Name | Mailing Address |
|---|---|
| David Manshardt | c/o Morrison & Foerster LLP<br>4200 Republic Plaza<br>Denver, CO 80202 |

I, the undersigned, being the sole incorporator hereinbefore named, for the purpose of forming a corporation pursuant to the General Corporation Law of the State of Delaware, do make this certificate, hereby declaring and certifying that this is my act and deed and the facts herein stated are true, and, accordingly, have hereunto set my hands this 28th day of August, 2019.

*/s/ David Manshardt*
**David Manshardt**, Sole Incorporator

2

sf-4071333